UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| S. A. T., a minor by her mother, **CONSUELO T. JUAREZ,** | ) ) ) |
| **Plaintiff,** | ) ) |
| vs. | ) ) Cause No. 1:12-cv-1697-WTL-TAB ) |
| **CAROLYN W. COLVIN, Acting Commissioner of Social Security,** | ) ) ) |
| **Defendant.** | ) ) |

### FINAL JUDGMENT

The Court having this day made its Entry, **IT IS THEREFORE ADJUDGED** that the decision of the Commissioner is **AFFIRMED**.

SO ORDERED: 12/11/2013

Laura A. Briggs, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Copies to all counsel of record via electronic communication.