UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| S. A. T., a minor by her mother, ) | |
| CONSUELO T. JUAREZ, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Cause No. 1:12-cv-1697-WTL-TAB |
| ) | |
| CAROLYN W. COLVIN, Acting ) | |
| Commissioner of Social Security, ) | |
| ) | |
| **Defendant.** ) | |

### FINAL JUDGMENT

The Court having this day made its Entry, **IT IS THEREFORE ADJUDGED** that the decision of the Commissioner is **AFFIRMED**.

SO ORDERED: 12/11/2013

_____
Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Laura A. Briggs, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Copies to all counsel of record via electronic communication.